BLYTHE G. KOCHSIEK (SBN 285389)
bkochsiek@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

Joel C. Griswold (to be admitted *pro hac vice*)
jcgriswold@bakerlaw.com
BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168

Attorneys for Defendants
BIG LOTS STORES, INC., and BIG LOTS F&S, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE SLUSHER, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC., an Ohio corporation; BIG LOTS F&S, INC., an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)**<br><br>[Filed concurrently with Civil Cover Sheet and Certification of Interested Entities or Persons]<br><br>Action Filed: September 21, 2017 |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Big Lots Stores, Inc. and Big Lots F&S, Inc. (collectively, "Big Lots"), hereby remove the action filed by Plaintiff Roxanne Slusher ("Plaintiff") in the Superior Court of the State of California, in and for the County of Contra Costa, and captioned Case No. C17-01864, to the United States District Court for the Northern District of California, on the basis of the following facts.

### JURISDICTION, VENUE, AND INTRADISTRICT ASSIGNMENT

1.  This is a civil action over which this Court has original subject matter jurisdiction under 28 U.S.C. §§ 1331, 1367, and removal is proper under 28 U.S.C. §§ 1441 and 1446, in that it is a civil action that raises issues which directly implicate questions of federal law under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 ("FRCA").

2.  This Court is in the judicial district and division embracing the place where the state court case was brought and is pending. Thus, this Court is the proper district court to which this case should be removed. 28 U.S.C. §§ 1441(a) and 1446(a).

3.  This Action arises in Contra Costa County, California. Thus, assignment in the San Francisco Division would be appropriate. Civil Local Rule 3-2(c), (d).

///
///
///
///
///
///
///

## THE ACTION & TIMELINESS OF REMOVAL
## PROCEDURAL BACKGROUND

4. On September 21, 2017, Plaintiff, purportedly on behalf of herself, and all others similarly situated, filed a Complaint against Big Lots in the Superior Court of the State of California, in and for the County of Contra Costa, Case No. C17-01864 (the "State Court Action").

5. On September 27, 2017, Big Lots was served with a copy of the Summons and Complaint.

6. Pursuant to 28 U.S.C. § 1446(b), this removal is timely because Big Lots filed this removal within 30 days of its receipt of a copy of the Summons and Complaint in the State Court Action.

7. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders received by Big Lots in the State Court Action is attached hereto as **Exhibit A**.

## FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION

8. While Big Lots denies all of the allegations in the Complaint, the Court nevertheless has original jurisdiction over this entire action under 28 U.S.C. § 1331 as the issues raised directly implicate questions of federal law, and removal is therefore appropriate under 28 U.S.C. § 1441(a).

9. Specifically, Plaintiff has commenced an action against Big Lots in California state court alleging five counts, two brought under the FCRA, 15 U.S.C. § 1681 et seq. and three brought under California Civil Code §§ 1785 and 1786 and the California Business & Professions Code §§ 17200, et seq. All five claims are premised on the same fundamental allegations by Plaintiff – namely, that Big Lots purportedly conducted background checks on Plaintiff and other employees and prospective employees "without providing proper disclosures and obtaining proper authorization in compliance with the law." (*See* Compl. at ¶ 2).

10.     Because this action involves two claims brought under the laws of the United States (e.g., the FCRA), this Court has original jurisdiction over such claims. *See* 28 U.S.C. § 1331.

11.     Furthermore, the Court has supplemental jurisdiction over the three state law claims because they are premised on the same alleged Big Lots conduct and are so related to the FCRA claims that they form part of the same case or controversy. *See* 28 U.S.C. § 1367; *City of Chicago v. Int'l Conference of Surgeons*, 522 U.S. 156, 156-59, 165; 118 S.Ct. 523, 523-25, 529-30 (1997) (the District Court properly permitted removal and exercised supplemental jurisdiction over plaintiff's state law claims where both of plaintiff's state and federal claims derived from "a common nucleus of operative fact").

12.     Therefore, the Court has jurisdiction over all claims in the Complaint, and Big Lots has properly removed the State Court Action to this Court

### NOTICE TO ALL PARTIES OF REMOVAL

13.     Written notice of the filing of this Notice of Removal is being promptly provided to counsel for all adverse parties. 28 U.S.C. § 1446(d).

14.     A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of California, Contra Costa County. 28 U.S.C. § 1446(d).

15.     Big Lots reserves the right to amend or supplement this Notice of Removal.

///
///
///
///
///
///
///
///

1   WHEREFORE, Defendants Big Lots Stores, Inc. and Big Lots F&S, Inc.,
2 give notice that the above-described action against them in the Superior Court of
3 California, Contra Costa County is removed to this Court

5 Dated: October 20, 2017     Respectfully submitted,

6                              BAKER & HOSTETLER LLP

7                              By:   */s/ Blythe G. Kochsiek*                _
8                                    Blythe G. Kochsiek

9                              Attorneys for Defendants
                               BIG LOTS STORES, INC., and BIG LOTS F&S, INC.

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025. On October 20, 2017, I served a copy of the within document(s):

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☐ by depositing the document(s) listed above in the care and custody of _____ for personal delivery to the person(s) at the address(es) set forth below. Proof of service to be filed upon completion of service.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Shaun Setareh                         *Attorney for Plaintiff*
Thomas Segal
SETARAH LAW GROUP                     Tel: 310.888.7771
9454 Wilshrie Boulevard, Suite 907    Fax: 310.888.0109
Beverly Hills, CA 90212               shaun@setarehlaw.com
                                      Thomas@setarehlaw.com

I declare under penalty of perjury under the laws of the United States of California that the above is true and correct. Executed on October 20, 2017, at Los Angeles, California.

_____
Connie Torres