Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California  90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff,
ROXANNE SLUSHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE SLUSHER, on behalf of herself, all others similarly situated,<br><br>        *Plaintiff*,<br><br>    vs.<br><br>BIG LOTS STORES, INC., an Ohio corporation; BIG LOTS F&S, INC., an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>        *Defendants.* | Case No.: 3:17-CV-06020-JSC<br><br>**CLASS ACTION**<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff Roxanne Slusher voluntarily dismisses the above-captioned action without prejudice. Each side is to bear their own fees and costs.

Dated: January 18, 2018              SETAREH LAW GROUP

_/s/ Shaun Setareh_____
SHAUN SETAREH
Attorney for Plaintiff,
ROXANNE SLUSHER